IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

v.                          No. 4:05CR00204 JLH

MARCUS FION GRAY                                                     DEFENDANT

## ORDER

Marcus Fion Gray has filed a *pro se* motion for early termination of supervised release. The government has responded and stated that it does not object. The statute provides that the Court may, after considering the relevant factors in 18 U.S.C. § 3553(a), terminate a term of supervised release and discharge the defendant released any time after the expiration of one year of supervised release if the Court is satisfied that such action is warranted by the conduct of the defendant and the interest of justice. 18 U.S.C. § 3553(e)(1). Gray has completed two and a half years of supervised release. Considering the relevant factors under 18 U.S.C. § 3553(a), the Court is satisfied that early termination of supervised release is warranted by Gray's conduct and the interest of justice. Therefore, Marcus Fion Gray's supervised release is hereby terminated, and he is discharged. Document #56.

IT IS SO ORDERED this 5th day of December, 2012.

                                                            _____
                                                            J. LEON HOLMES
                                                            UNITED STATES DISTRICT JUDGE